# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CONNI TRICOLI, | ) | 3:07-CV-0541-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 12, 2008 |
| | ) | |
| DALE LOTSPEICH, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN          **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have submitted a stipulated discovery plan and scheduling order (#16) in this case requesting 365 days for discovery. The parties state that this length of time is needed because the issues are complex and the majority of witnesses reside in Elko, Nevada. The court has reviewed the complaint in this case (#1) and does not find the issues complex. The claims giving rise to the complaint are commonly filed in the United States District Court pursuant to 42 U.S.C. § 1983 and 1988. The fact that the witnesses reside in Elko also does not persuade the court that one year is needed for discovery. This court has managed several cases originating in Elko. Counsel can arrange depositions for a week certain and travel to Elko to complete depositions in one trip. The discovery plan and scheduling order (#16) is **DENIED.**

IT IS ORDERED as follows:

Discovery shall be completed no later than **Tuesday, June 24, 2008**;
The deadline to amend pleadings and/or add parties shall be **Wednesday, March 26, 2008**;
Expert witnesses shall be disclosed no later than **Friday, April 25, 2008;**
Rebuttal expert witnesses shall be disclosed no later than **Monday, May 26, 2008;**
Dispositive motions shall be filed no later than **Thursday, July 24, 2008**;

The joint pretrial order shall be filed no later than **Monday, August 25, 2008**, or 30 days after the decision of any pending dispositive motions.

There shall be no extensions of discovery absent extraordinary circumstances.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                    By:        /s/
                                                Deputy Clerk